UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>Plaintiff,<br><br>v.<br><br>A WELL REGULATED MILITIA, et al.,<br><br>Defendants. | No. 2:23-cv-1020 CKD P<br><br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint. He seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). For the reasons stated below, the court finds that plaintiff has not demonstrated he is eligible to proceed in forma pauperis.

    A prisoner may not proceed in forma pauperis:

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

    A review of court records reveals that it was determined in Melger v. Sacramento Sheriff Dept., No. 2:21-cv-1611 WBS AC (E.D. Cal. Oct. 6, 2021), that plaintiff has "struck out" under 28 U.S.C. § 1915(g).

/////

1

1       The section 1915(g) exception applies if a complaint makes a plausible allegation that the prisoner faced "imminent danger of serious physical injury" at the time of filing. 28 U.S.C. § 1915(g); <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1055 (9th Cir. 2007). Here, the complaint does not allege that plaintiff faced an imminent danger of serious physical injury at the time plaintiff filed the complaint. Plaintiff's application for leave to proceed in forma pauperis must therefore be denied pursuant to § 1915(g) and plaintiff must submit the appropriate filing fee in order to proceed with this action.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

      IT IS HEREBY RECOMMENDED that:

      1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) be denied; and

      2. Plaintiff be ordered to pay the $402 filing fee within fourteen days from the date of any order adopting these findings and recommendations.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 21, 2023

                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

1/ks
melg1020.3ks